UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELA WAHAB, on behalf of herself and
all others similarly situated,
    Plaintiff,

      v.                              CASE NO.: 1:23-cv-7456

THE JUICE PLUS+ COMPANY, LLC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate and agree to dismiss all of the claims asserted by Plaintiff against Defendant with prejudice, and with each party to bear its own attorneys' fees, costs, and expenses.

**Dated:** March 21, 2024

| For Plaintiff Angela Wahab | For Defendant The Juice Plus+ Company, LLC |
|---|---|
| *[signature]*<br>PeterPaul Shaker<br>Stein Saks, PLLC<br>1 University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>pshaker@steinsakslegal.com | s/ Derek W. Edwards, *with permission, by PeterPaul Shaker*<br>Derek W. Edwards<br>Holland & Knight LLP<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>Ph: 615-244-6380<br>derek.edwards@hklaw.com |

## CERTIFICATE OF SERVICE

I certify that on March 21, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ PeterPaul Shaker*
PeterPaul Shaker
**Stein Saks, PLLC**
*Attorneys for Plaintiff*
